|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LEONARDO AMADOR-MANCILLAS (3), MAURILIO TETLACTLE-QUIAHUA (40), and MARCOS ZUNUN-BORRALLAS (5),<br><br>Defendants. | NO: 2:19-CR-0101-TOR-3, 4, 5<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANTS 3, 4, & 5 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the government's Motion for Order of Dismissal Without Prejudice (ECF No. 78). The motion was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed. The Government seeks to dismiss the indictment in this matter as to Defendants Amador-Mancillas (3); Tetaclte-Quiahua (4); and Zunun-Borrallas (5), pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AS TO
DEFENDANTS 3, 4, & 5 ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Indictment (ECF No. 16) filed as to Defendants Amador-Mancillas (3); Tetaclte-Quiahua (4); and Zunun-Borrallas (5) is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions as to Defendants Amador-Mancillas (3); Tetaclte-Quiahua (4); and Zunun-Borrallas (5) are **DENIED as moot** and all pending hearing and trial dates as to these Defendants are stricken from the Court's calendar.

3. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED August 21, 2019.



THOMAS O. RICE
Chief United States District Judge